IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STACY DAVIDSON, #2283422 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:22-CV-01054-SDJ |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #37), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 4, 2026, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Petitioner Stacy Davidson's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 should be denied and the case dismissed with prejudice. It further recommended that a certificate of appealability be denied. Petitioner filed a motion for leave to exceed page limitations on objections to report and recommendation, (Dkt. #43), and objections to the Report, (Dkt. #44).

Petitioner reurges the issues raised in his § 2254 petition. The Court has reviewed the tendered objections, and they generally add nothing new to Petitioner's prior contentions in this case. Despite his arguments, Petitioner fails to show that the Report is in error or that he is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de*

*novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Petitioner's motion for leave to exceed page limitations on objections to report and recommendation, (Dkt. #43), is **GRANTED**. It is further **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. It is finally **ORDERED** that certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 4th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE